UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 15-MJ-399 (JSM) |
| Plaintiff, | |
| v. | ORDER |
| SEARCH WARRANT, | |
| Defendant, | |
| and | |
| RAY JAMES, | |
| Movant. | |

The above matter came on before the undersigned upon Movant Ray James' Motion for Return of Property Pursuant to Rule 41(g) [Docket No. 4], filed on June 10, 2015, and the plaintiff's request to serve and file a response by July 10, 2015.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Plaintiff shall serve and file a response to Movant Ray James' Motion for Return of Property Pursuant to Rule 41(g) on or before July 10, 2015, providing one copy to the undersigned.

2. A hearing on this motion is scheduled before the undersigned on July 28, 2015 at 1:30 p.m. in Courtroom 9E, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Dated: June 22, 2015

*s/ Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge